### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Bo M. Moore and Jessica L. Moore

               Debtor(s)

Bankruptcy No: 13–14110–mdc

Chapter: 13

_____

### *NOTICE*


To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.


    3. In the absence of any objection, the Court may enter the Order of Discharge.


        For The Court

        Timothy B. McGrath
        Clerk of Court


Dated: 3/23/18