United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-14110-mdc
Bo M. Moore                                                                     Chapter 13
Jessica L. Moore
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 3          Date Rcvd: Mar 23, 2018
                             Form ID: 138NEW           Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db/jdb      +Bo M. Moore,    Jessica L. Moore,    40 East Walnut Street,    Ephrata, PA 17522-2237
cr          +PNC MORTGAGE, A DIVISION OF PNC BANK, NA,    3232 Newmark Dr.,    Miamisburg, oh 45342-5421
13044256    +AES/PHEAA,    1200 N 7th Street,    Harrisburg, PA 17102-1419
13159039    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
13044258    +Amy Doyle, Esquire,    4660 Trindle Road, STE 300,    Camp Hill, PA 17011-5610
13044259    +Apex Asset,    2501 Oregon Pike, STE 102,    Lancaster, PA 17601-4890
13044260    +Apex Asset,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
13044261    +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
13158448     Apex Asset Management, LLC,    P.O. Box 5407,    Lancaster, PA   17606-5407
13044262    +Apothaker & Associates,    520 Fellowship Rd, C306,    Mount Laurel, NJ 08054-3410
13044269   ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance,    25505 W 12 Mile,    Southfield, MI 48034)
13044265     Cavalry Portfolio Services, LLC,    PO Box,    Tempe, AZ 85285-7288
13044266    +Computer Credit,    640 W Fourth Street,    PO Box 5238,    Winston Salem, NC 27113-5238
13044267    +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
13046180    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13429857     ECMC,    P.O. BOX 16408,    ST. PAUL, MN   55116-0408
13044271     Ephrata Community Hospital,    PO Box 7165,    Ephrata, PA 17522
13044272    +Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13044274    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13044273     Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13095276    +James Brandon Black, CEO,    Midland Funding LLC,    8875 Aero Drive STE 200,
             San Diego CA 92123-2255
13083864    +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
             Dallas, TX 75374-0933
13044278    +Lancaster General Health,    PO Box 3077,    Lancaster, PA 17604-3077
13044277     Lancaster General Health,    PO Box 824826,    Philadelphia, PA 19182-4826
13044279     Lancaster General Health,    PO Box 3555,    Lancaster, PA 17604-3555
13044280    +Lancaster Orthopedic Group,    231 Granite Run Road,    Lancaster, PA 17601-6816
13109883     Main Street Acquisition Corp., assignee,    of SANTANDER CONSUMER USA INC.,
             c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13044281    +Main Street Acquisiton,    2877 Paradise Rd Unit 30,    Las Vegas, NV 89109-5236
13044284     National Recovery,    PO Box 67015,    Harrisburg, PA 17106-7015
13044288    +Northern Lancaster County Medical Group,    PO Box 398,    Brownstown, PA 17508-0398
13095275    +P. Scott Lowery, Principal Agent,    CACH, LLC,    4340 South Monaco Street,
             Denver, CO 80237-3485
13097388    +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13044291    +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13120717    +PNC Bank, National Association,    PNC Mortgage,    c/o KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13077864    +PNC Mortgage,    3232 Newmark Dr,    Miamisburg OH 45342-5433
13044289    +Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
13044290    +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13044294     Stoneleigh Recovery Associates, LLC,    PO Box 1479,    Lombard, IL 60148-8479
13446487    +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,
             2401 N.W. 23rd Street, Suite 1A1,    Oklahoma City, OK 73107-2448
13050884    +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,    Shepherd's Mall,
             2401 N.W. 23rd Street, Suite 1A,    Oklahoma City, OK 73107-2423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 24 2018 01:50:48    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2018 01:49:50
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2018 01:50:46    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:14    Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13120985    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 24 2018 01:50:22    ASSET ACCEPTANCE LLC,
             PO BOX 2036,    WARREN MI 48090-2036
13044263    +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2018 01:53:31    CACH, LLC,
             4340 S Monaco 2nd Fl,    Denver, CO 80237-3485
13044264    +E-mail/Text: bnc-capio@quantum3group.com Mar 24 2018 01:50:23    Capio Partners Llc,
             2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
13089495    +E-mail/Text: bankruptcy@cavps.com Mar 24 2018 01:50:38    Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13044270    +E-mail/Text: csdlclientservices@cboflanc.com Mar 24 2018 01:51:18
             Credit Bureau of Lancaster Co, Inc.,    PO Box 1271,    Lancaster, PA 17608-1271
```

```
District/off: 0313-2          User: JEGilmore          Page 2 of 3          Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW          Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13044275      +E-mail/Text: csdlclientservices@cboflanc.com Mar 24 2018 01:51:18      Lanc Coll,
               218 W Orange St,    Lancaster, PA 17603-3746
13044276      +E-mail/Text: csdlclientservices@cboflanc.com Mar 24 2018 01:51:18      Lancaster Collections,
               218 W Orange St,    Lancaster, PA 17603-3746
13148278       E-mail/Text: bkr@cardworks.com Mar 24 2018 01:48:57      MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13044282      +E-mail/Text: bkr@cardworks.com Mar 24 2018 01:48:57      Merrick Bank,   Po Box 9201,
               Old Bethpage, NY 11804-9001
13044283      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2018 01:50:24      Midland Funding LLC,
               8875 Aero Drive, STE 200,   San Diego, CA 92123-2255
13044285      +E-mail/Text: Bankruptcies@nragroup.com Mar 24 2018 01:51:36      National Recovery Agen,
               2491 Paxton St,   Harrisburg, PA 17111-1036
13044286      +E-mail/Text: bankruptcydepartment@tsico.com Mar 24 2018 01:51:28      Nco Fin/09,
               507 Prudential Rd,   Horsham, PA 19044-2308
13044287      +E-mail/Text: electronicbkydocs@nelnet.net Mar 24 2018 01:50:27      Nelnet Lns,
               3015 S Parker Rd,   Aurora, CO 80014-2904
13151019       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2018 01:53:27
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
13044292      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2018 01:53:28
               Portfolio Recvry&affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13068475       E-mail/Text: bnc-quantum@quantum3group.com Mar 24 2018 01:49:47
               Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
13464483       E-mail/PDF: rmscedi@recoverycorp.com Mar 24 2018 01:53:32
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13044295      +E-mail/Text: bankruptcy@sw-credit.com Mar 24 2018 01:50:26      Sw Crdt Sys,   5910 W Plano Pkwy,
               Plano, TX 75093-2202
                                                                                        TOTAL: 22
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ECMC,   PO Box 16408,   St. Paul, MN  55116-0408
13044257*     +Aes/pheaa,   1200 N 7th St,   Harrisburg, PA 17102-1419
13044268*     ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,   25505 W Twelve Mile Road,
               Southfield, MI 48034)
13044293      ##+Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,   Dallas, TX 75247-3822
                                                                            TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
```
    ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
     agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
    MITCHELL A. SOMMERS    on behalf of Debtor Bo M. Moore sommersesq@aol.com,   kjober@ptd.net
    MITCHELL A. SOMMERS    on behalf of Joint Debtor Jessica L. Moore sommersesq@aol.com,
     kjober@ptd.net
    REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
     bkgroup@kmllawgroup.com
    THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
```

District/off: 0313-2          User: JEGilmore          Page 3 of 3          Date Rcvd: Mar 23, 2018
                              Form ID: 138NEW          Total Noticed: 62

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Bo M. Moore and Jessica L. Moore

             Debtor(s)                                 Bankruptcy No: 13−14110−mdc

                                                  Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                    For The Court

                    Timothy B. McGrath
                    Clerk of Court

Dated: 3/23/18